**Order entered May 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00074-CR
No. 05-20-00075-CR
No. 05-20-00076-CR
No. 05-20-00077-CR

**ROBERTO CANAMARGARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-60209-T, F18-60210-T,**
**F18-60212-T & F18-60211-T**

**ORDER**

The reporter's record was originally due March 6, 2020. When it was not filed, we notified court reporter Vearneas Faggett by postcard dated March 11, 2020 and instructed her to file, by April 10, 2020, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record. To date, the reporter's record has

not been filed and we have had no communication from court reporter Vearneas Faggett.

We **ORDER** court reporter Vearneas Faggett to file the complete reporter's record in these appeals within **TWENTY DAYS** of the date of this order. We caution Ms. Faggett that the failure to file the reporter's record by that date may result in the Court taking whatever remedies it has available to ensure that the record is filed and these appeals proceed in a timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Vearneas Faggett, court reporter, 283rd Judicial District Court; and counsel for all parties.

/s/    CORY L. CARLYLE
        JUSTICE